IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ABRAHAM A. SIWONIKU et al. | : | |
| *Plaintiffs*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 17-3949 |
| | : | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al. | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 6th day of September, 2019, upon consideration of Plaintiffs' Amended Complaint (ECF No. 26), Defendants Federal National Mortgage Association and Seterus, Inc.'s Second Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 27), and Plaintiffs' Opposition thereto (ECF No. 28), it is hereby **ORDERED** that Defendants' motion is **GRANTED** and the Amended Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk of Courts shall **CLOSE** this case for statistical and all other purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.